**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Case No.** 13-cr-00307-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**1. KEVIN ADAM POMPA,**

    **Defendant.**

---

**INDICTMENT
Count 1
18 U.S.C. § 922(g)(1); Felon In Possession of a Firearm and Ammunition**

---

The Grand Jury charges:

### COUNT 1

On or about May 22, 2013, in the State and District of Colorado, the defendant, Kevin Adam Pompa, having been previously convicted of a crime punishable by more than one year imprisonment under the laws of the United States, knowingly possessed a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922 and 924.

                                            A TRUE BILL:

                                            <u>Ink signature on file in the Clerk's Office</u>_____
                                            FOREPERSON

JOHN WALSH  
United States Attorney

By: *s/ JEREMY S. SIBERT*  
JEREMY S. SIBERT  
Assistant United States Attorney  
1225 17th Street, Suite 700  
Denver, CO 80202  
Telephone 303-454-0100  
Fax 303-454-0403  
Email: JEREMY.SIBERT@usdoj.gov

Attorney for the Government