<u>DEFENDANT</u>          Kevin Adam Pompa

<u>DOB</u>:               1986

<u>ADDRESS</u>:           Denver, Colorado

<u>COMPLAINT FILED</u>?        _____ YES   __X__ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER:
    IF NO, PROCEED TO "OFFENSE" SECTION

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   _____ YES   __X__ NO

<u>OFFENSE</u>:           Count 1: 18 U.S.C. § 922(g) & 924; Possession of a Firearm by a Prohibited Person

<u>LOCATION OF OFFENSE</u>:  Denver County, Colorado

<u>PENALTY</u>:           Count 1:  NMT 10 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release; $100 special assessment fee per count.

<u>AGENT</u>:             Shane Abraham
                SA Agent, ATF

<u>AUTHORIZED BY</u>:     Jeremy Sibert
                Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

__X__ five days or less     _____ over five days     _____ other

<u>THE GOVERNMENT</u>:

__X__ will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention **is not** applicable to this defendant.

OCDEF CASE:            _____ Yes   __X__ No