IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN ADAM POMPA,

    Defendant.

_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

    Respectfully submitted,

    WARREN R. WILLIAMSON
    Federal Public Defender, Interim


    s/ Matthew K. Belcher
    Matthew K. Belcher
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeremy Sibert, Assistant U.S. Attorney
    Email: Jeremy.sibert@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Kevin Adam Pompa *(via U.S. Mail)*
    Reg. No.  39832-013
    c/o Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO    80123


    s/ Matthew K. Belcher
    Matthew K. Belcher
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Matthew_Belcher@fd.org
    Attorney for Defendant