AO 442 (Rev. 11/11) Arrest Warrant

39832-013

# UNITED STATES DISTRICT COURT
## for the
### District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>KEVIN ADAM POMPA<br>*Defendant* | )<br>)<br>) Case No. 13-cr-00307-RM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **KEVIN ADAM POMPA**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g) & 924; Possession of a Firearm by a Prohibited Person

Date:   07/22/2013

s/ A. Vinnola
*Issuing officer's signature*

City and state:   Denver, CO

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 8/26/13, and the person was arrested on *(date)* 8/26/13
at *(city and state)* DENVER, CO.

Date:   8/26/13

[signature] 969
*Arresting officer's signature*

JASON COLE, SPECIAL AGENT
*Printed name and title*