IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEVIN ADAM POMPA,

      Defendant.

_____

**NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING**
_____

      The defendant, Kevin Pompa, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in his case with the government. Undersigned counsel, along with the government, requests that the parties be allowed to contact chambers to set a change of plea hearing.

      Respectfully submitted,

      WARREN R. WILLIAMSON
      Federal Public Defender, Interim


      s/ Matthew K. Belcher
      MATTHEW K. BELCHER
      Office of the Federal Public Defender
      633 - 17th Street, Suite 1000
      Denver, Colorado   80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      E-mail: Matthew_Belcher@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2013, I electronically filed the foregoing **NOTICE OF DISPOSITION AND MOTION REQUESTING CHANGE OF PLEA HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeremy Sibert, Assistant U.S. Attorney
Email: Jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Kevin Adam Pompa (via U.S. Mail)
Reg. No.  39832-013
c/o Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO    80123

    s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    Attorney for Defendant
    633 - 17th Street, Suite 1000
    Denver, Colorado 80202
    (303) 294-7002
    (303) 294-1192
    Matthew_Belcher@fd.org