IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Emily Seamon | Date: October 16, 2013 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.** 13-cr-00307-RM

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| 1. KEVIN ADAM POMPA, | Matthew Belcher |
| Defendant. | |

## COURTROOM MINUTES

**CHANGE OF PLEA**
**COURT IN SESSION: 10:00 a.m.**
Appearances of counsel.  Defendant is present and in custody.

Defendant sworn and answers true name;  Defendant is 27 years old.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of maximum penalties.

Defendant's right to trial by jury and other constitutional rights explained.

Defendant waives reading of Indictment.

Defendant pleads GUILTY to Count 1 of the Indictment.

Court accepts plea of guilty.

Court's findings and conclusions.

**ORDERED**:  The probation department shall not conduct an independent factual investigation of the offense conduct in this matter.

Court defers acceptance of the plea agreement until the sentencing hearing.

**ORDERED**:  Sentencing is set for **January 8, 2014 at 4:00 p.m.**

**ORDERED**:  Defendant is REMANDED to the custody of the U.S. Marshal.

**COURT IN RECESS: 10:27 a.m.**
**Total in court time: 00:27**
**Hearing concluded**