# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: December 20, 2016 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.  13-cr-00307-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| 1.  KEVIN ADAM POMPA, | Josh Lee |
| Defendant. | |

## COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION:**     8:27 a.m.
Appearances of counsel.   Defendant is not present, in custody; presence waived.

The Court states the background of the case.

Argument given and discussion held regarding Defendant's Motion to Vacate Under 28 U.S.C. §2255 (Doc. 30).

Court's findings.

**ORDERED:**   Defendant's Motion to Vacate Under 28 U.S.C. §2255 (Doc. 30) as stated on the record.

The Court defers vacating the defendant's sentence until the time of resentencing in this case.

Mr. Sibert is directed to submit a special attorney request to have the defendant brought to court for sentencing.

**ORDERED:**  Resentencing is set for **March 24, 2017, at 10:00 a.m.**

**COURT IN RECESS:**       **9:21 a.m.**
**Total in court time:**       **00:54**
**Hearing concluded**