IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date: December 20, 2016 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer: n/a | |

**CASE NO.   13-cr-00307-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert |
| Plaintiff, | |
| v. | |
| 1. KEVIN ADAM POMPA, | Josh Lee |
| Defendant. | |

### *AMENDED* COURTROOM MINUTES

**MOTION HEARING**
**COURT IN SESSION:**     8:27 a.m.
Appearances of counsel.   Defendant is not present, in custody; presence waived.

The Court states the background of the case.

Argument given and discussion held regarding Defendant's Motion to Vacate Under 28 U.S.C. §2255 (Doc. 30).

Court's findings.

**ORDERED:**   Defendant's Motion to Vacate Under 28 U.S.C. §2255 (Doc. 30) *is* *GRANTED* as stated on the record.

The Court defers vacating the defendant's sentence until the time of resentencing in this case.

Mr. Sibert is directed to submit a special attorney request to have the defendant brought to court for sentencing.

**ORDERED:**  Resentencing is set for **March 24, 2017, at 10:00 a.m.**

**COURT IN RECESS:**       **9:21 a.m.**
**Total in court time:**       **00:54**
**Hearing concluded**