UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLORADO

Case No. 13-CR-00307-RM

UNITED STATES OF AMERICA,
    Respondent,

v.

KEVIN POMPA,
    Movant.

_____

## REPONSE TO ORDER RE: *BECKLES V. UNITED STATES*
_____

      Kevin Pompa, through counsel, respectfully submits the following as his response to this Court's minute order of March 6, 2017. This Court previously granted Mr. Pompa post-conviction relief, and scheduled a resentencing hearing, on the ground that the residual clause of U.S.S.G. § 4B1.2(a) is unconstitutionally vague in violation of due process. On March 6, 2017, the Supreme Court decided *Beckles v. United States*, 15-8544, and held that the Federal Sentencing Guidelines, including § 4B1.2(a)'s residual clause, are not subject to vagueness challenges under the Due Process Clause. Thereafter, this Court issued an order vacating the resentencing hearing and ordering Mr. Pompa to advise the Court as to why it should not reverse its prior ruling that Mr. Pompa is entitled to relief. Counsel for Mr. Pompa is not aware of any basis to object to an order reversing this Court's grant of post-conviction relief.

                                      Respectfully submitted,

                                      VIRGINIA L. GRADY
                                      Federal Public Defender

        s/ Josh Lee
        Josh Lee
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, Colorado 80202
        (303) 294-7002
        josh.lee@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jeremy Sibert, AUSA, Jeremy.Sibert@usdoj.gov

I further certify that on March 6, 2017, I sent a copy of this Motion to Kevin Pompa via US Mail.

        s/ Josh Lee
        Josh Lee