IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 16-cv-01495-RM
Criminal Case No. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1.    KEVIN ADAM POMPA,

    Defendant-Movant.

_____

**ORDER**
_____

    This matter is before the Court *sua sponte* in response to the Supreme Court's ruling in *Beckles v. United States*, No. 15-8544 (Mar. 6, 2017) ("*Beckles*"). Previously, on December 20, 2016, the Court orally granted defendant's Motion to Vacate Under 28 U.S.C. § 2255 (ECF No. 30) based on a vagueness challenge to the guidelines which were applied to him. The Court did not, however, vacate the Judgment (ECF No. 29) at that time.

    On this date, in *Beckles*, the Supreme Court ruled that the Due Process void for vagueness determination made with respect to the Armed Career Criminal Act (18 U.S.C. § 924(e)), in *Johnson v. United States*, 576 U.S. _____ (2015), does *not* apply to the career offender provisions of the U.S. Sentencing Guidelines (U.S.S.G. § 4B1.2(a)(2)). In so ruling, the Supreme Court effectively overruled *United States v. Madrid*, 805 F.3d 1204 (10th Cir. 2015). Post *Beckles*, there is no longer a legal basis for the challenge made in the Motion to Vacate and no

basis for the relief requested therein.

ACCORDINGLY, it is Ordered:

THAT the Oral Ruling made on December 20, 2016 is hereby vacated;

THAT the Judgment (ECF No. 29) remains in full force and effect;

THAT the Motion to Vacate (ECF No. 30) is hereby dismissed on the basis of the ruling in *Beckles*; and

THAT a certificate of appealability is denied.

DATED this 6th day of March, 2017.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge