**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 13-cr-00307-RM
Civil Action No. 16-cv-01495-RM

UNITED STATES OF AMERICA,

    Plaintiff-Respondent,

v.

1. KEVIN ADAM POMPA,

    Defendant-Movant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to Judge Raymond P. Moore's Order (Doc. 45) vacating the oral ruling entered on December 20, 2016, on the Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 30), it is

ORDERED that the Motion to Vacate Under 28 U.S.C. § 2255 (Doc. 30) is dismissed on the basis of the ruling in *Beckles*. It is

FURTHER ORDERED that the Judgment (Doc. 29) remains in full force and effect. It is

FURTHER ORDERED that a certificate of appealability is denied.

    Dated at Denver, Colorado this 7th day of March, 2017.

                                  FOR THE COURT:
                                  JEFFREY P. COLWELL, CLERK

                        By: s/ Cathy Pearson

                                  Cathy Pearson
                                  Deputy Clerk