CO-PROB12B
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. vs. KEVIN ADAM POMPA            DKT. NO. 1:13CR00307-1

## PETITION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW, Lori Cross, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Kevin Adam Pompa, who was placed on supervision by the Honorable Raymond P. Moore, sitting in the United States District Court in Denver, Colorado, on January 8, 2014.  The defendant was sentenced to 48 months imprisonment and 3 years supervised release for an offense of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).  Supervision commenced on January 26, 2018, and is set to expire on January 25, 2021.  As noted in the judgment [Document 29], the Court ordered mandatory, special and standard conditions of supervision.  The probation officer alleges the defendant has violated the following terms and conditions of supervised release as set forth herein.

## STATEMENT IN SUPPORT OF ACTION/JUSTIFICATION

On January 26, 2018, the defendant commenced his three-year term of supervised release in the District of Colorado.  Pursuant to his conditions of supervised release, he was referred for a substance abuse evaluation and was placed on random drug testing.

On January 28, 2018, the defendant was charged with Intimidating a Witness/Victim and Violation of a Protection Order in Denver District Court, Case Number 18CR08209.  On February 14, 2019, the defendant was granted a two-year deferred judgment for the offense of Violation of a Protection Order, in violation of C.R.S. §18-6-803.5(1)(a).  The charge for Intimidating a Witness was dismissed.  He was ordered to complete domestic violence treatment, to have no contact with the victim, to submit to sobriety testing, and to abstain from alcohol use.  The Probation Officer notified the Court of the aforementioned law violation and it was recommended that no action be taken based on the deferred judgment.

Since January 2018, the defendant has struggled with substance abuse.  He has admitted to use of cocaine and marijuana on multiple occasions and he has failed to report for four random drug tests.  In response, the Probation Officer has increased the frequency of his drug testing and treatment to address his current needs.  Additionally, a three-way meeting with the Probation Officer, the defendant, and Supervisory Probation Officer Garret Pfalmer was conducted on May 15, 2019, to address his ongoing noncompliant conduct.

| | | |
|---|---|---|
| Kevin Adam Pompa<br>1:13CR00307-1 | Petition to Modify Conditions of Supervised Release<br>Page 2 | May 22, 2019 |

Based on the defendant's ongoing noncompliance and inability to self-manage his substance use, the Probation Officer is proposing the defendant's placement in a Residential Reentry Center (RRC) for up to 6 months to provide him with additional support and structure, as well as increased supervision within the community.  This modification will allow the defendant to continue to participate in treatment services and to maintain his employment.

On May 15, 2019, the defendant executed a form entitled, "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision," which waives the right to a hearing and agrees to the proposed modification of the conditions of supervision.  Assistant U.S. Attorney Jeremy S. Sibert was contacted and has no objection to the proposed modification.

### RESPECTFULLY REQUESTING THAT THE COURT WILL ORDER:

Modification of the terms of Supervised Release to include the following special conditions:

1. You must reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence at the direction of the Probation Officer and you must observe the rules of that facility.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/ Lori Cross*
  Lori Cross
  United States Probation Officer
  Place:   Denver
  Date:    May 22, 2019

*s/ Garret Pfalmer*
  Garret C. Pfalmer
  Place:   Denver
  Date:    May 22, 2019