**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:13CR00307-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN ADAM POMPA,

        Defendant.

**ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION**

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1. You must reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence at the direction of the Probation Officer and you must observe the rules of that facility.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    DATED at Denver, Colorado, this _____ day of May, 2019.

        BY THE COURT:

        Raymond P. Moore
        United States District Judge