IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 13-cr-00307-RM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEVIN ADAM POMPA,

      Defendant.

_____

**ORDER REGARDING REQUEST FOR MODIFICATION
OF THE CONDITIONS OF SUPERVISION**
_____

      THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

      HAVING considered the probation officer's petition, the Court:

      ORDERS the defendant's terms of supervision be modified to include the following special conditions:

1. You must reside in a Residential Reentry Center (RRC) for a period of up to 6 months, to commence at the direction of the Probation Officer and you must observe the rules of that facility.

      FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

      DATED this 28th day of May, 2019.

                                                      BY THE COURT:

                                                    _____
                                                    RAYMOND P. MOORE
                                                    United States District Judge