**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:13CR00307-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KEVIN ADAM POMPA,

        Defendant.

---

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

---

        THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

        HAVING considered the probation officer's petition, the Court

____   ORDERS the issuance of an arrest warrant.

____   ORDERS the issuance of a summons.

____   DENIES the request.

        DATED at Denver, Colorado, this _____ day of July, 2019.

                          BY THE COURT:

                          _____
                          RAYMOND P. MOORE
                          United States District Judge