AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) |
|---|---|
| v. | ) Case No. 1:13CR00307-1 |
| KEVIN ADAM POMPA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kevin Adam Pompa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

1. Possession and Use of a Controlled Substance
2. Failure to Reside In/Comply with Rules of the Residential Reentry Center (RRC)
3. Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer
4. Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer

Date: _____

*Issuing officer's signature*

City and state: Denver, Colorado        Jeffrey P. Colwell, Clerk of Court

*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*