# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Criminal Case No. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN ADAM POMPA,

    Defendant.

_____

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**
_____

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

__X__ ORDERS the issuance of an arrest warrant.

_____ ORDERS the issuance of a summons.

_____ DENIES the request.

DATED this 25th day of July, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge