IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEVIN ADAM POMPA,

       Defendant.

---

### NOTICE OF APPEARANCE
---

       The Office of the Federal Public Defender, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, hereby enters its appearance in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       /s/ Matthew K. Belcher
       MATTHEW K. BELCHER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Email:  Matthew_Belcher@fd.org
       Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Jeremy S. Sibert, Assistant U.S. Attorney
Email: jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kevin Adam Pompa
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender