AO 468 (Rev. 01/09) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Kevin Adam Pompa<br>*Defendant* | )<br>)<br>) Case No. 1:13-cr-00307-RM-1<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 8/2/19

_____
*Defendant's signature*

Mary Butterton for Matthew Belcher
*Signature of defendant's attorney*

MARY BUTTERTON  6296008
*Printed name and bar number of defendant's attorney*

633 17th St. Denver CO 80207
*Address of defendant's attorney*

Mary_butterton@fd.org
*Email address of defendant's attorney*

(303) 294-7002
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*