Minerva Pompa

7771 Idlewild St.

Commerce City, CO 80022

(720) 486-4062

July 31, 2019

The Honorable S. Kato Crews

US District Court Judge

Arraj Court House

Denver, Colorado

Dear Judge Crews,

My name is Minerva Pompa. I am the defendant's wife. Since the defendant Kevin Adams Pompa has been helping me with bills helping me around the house. He is a very positive person. He helps me with my children. I have three from previous marriage and one that is his, but he treats them all the same like they're his own. He is a positive role model to my older son with helping him fix up cars things around the house being more of a man figure. For example: changing oil, changing the tire, fixing broken pipes around the house, repairing walls. Basically being a good father to my other children and they love him and appreciate everything he does for them because he not only gives them a positive attitude in life also wants them to succeed in life.

I work at Denver Health Square. It's very stressful for me. I work in the operating room. When I have a bad day, I know I can come home and talk to him about my day and be stressful. Even and that's the best part of my day. He is very positive on the way I work and he's very proud of me and makes me feel Joy to get up every day just knowing that he's there to support me in whatever I do in my job.



DEFENDANT'S EXHIBIT
1
19-cr-307

Also, Kevin is a great person always willing to help any friend the needs help whatever he can help. Anybody that has any car troubles on the street, Kevin gets out with no hesitation and helps them out in any way possible and that's one of the qualities I love about him. That he's very helpful willing to help anybody else in need before looking his own needs.

Since he's been in the halfway house it's been a struggle for me financially and emotionally without him being here so I'm hoping you can reconsider any opportunity of having him back home because our little daughter is going to school and I'm pretty sure by every parent getting a child to school is very stressful. It is always good to have that second support from another parent which I have gained since being with Kevin.

Thank you very much for reading my letter and hoping you considered everything I wrote.

Sincerely,

Minerva Pompa


P. S.

I wish I could be in the courtroom speaking on my behalf but I cannot take the time off of work at 10am because the lead tech is off and I take over lead position at Denver house as an Anesthesia Tech

August 1, 2019

The Honorable S. Kato Crews
US District Court Judge
Arraj Court House
Denver, Colorado

Dear Judge Crews,

I David Gonzalez, was the Lead Supervisor for Kevin Pompa during his employment with Midwest Construction. Keven was a great team player; he worked well with other, followed instructions and completed tasks on time with little supervision. He was a quick learner, hard worker and punctual. Kevin was an asset to my team and comes with my recommendation for future employment.

If you have any questions or need additional information, please do not hesitate to contact me.

Respectfully,

David Gonzalez
720-607-7213
Ddg2666@gmail.com