**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:13-cr-00307-RM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN ADAM POMPA,

    Defendant.

_____

**ORDER OF DETENTION**
_____

    The Defendant appeared before this Court for a detention hearing on Friday, August 02, 2019, on a petition to revoke the Defendant's supervised release. The Government moved for detention pursuant to Federal Rule of Criminal Procedure 32.1, which incorporates 18 U.S.C. § 3143(a)(1). That Rule provides that "the burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the Defendant." Fed. R. Crim. P. 32.1(a)(6).

    The Defendant has not established by clear and convincing evidence that the Defendant is not a danger to any other person or to the community for the reasons stated on the record.

The Defendant is therefore DETAINED pending a final adjudication on the petition to revoke supervised release.

Pursuant to 18 U.S.C. § 3142(h)(i), the Court directs that the Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; directs that the Defendant be afforded a reasonable opportunity for private consultation with counsel; and, on order of a court of the United States or on a request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined deliver the Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

The Defendant is remanded into the custody of the United States Marshal.

DATED: 8/2/2019

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge

2