IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEVIN ADAM POMPA,

       Defendant.

---

**UNOPPOSED MOTION TO CONTINUE FINAL REVOCATION HEARING**

---

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW the Defendant, Kevin Adam Pompa, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, and hereby requests that the Court continue the Final Revocation Hearing for 30 days. In support thereof, Mr. Pompa would show as follows:

    1.    A Final Revocation Hearing is currently set for this Thursday, September 5, 2019, at 9:00 a.m.

    2.    On August 26, 2019, a Superseding Petition was filed with this Court [Doc. #66].

    3.    On August 28, 2019, a Supervised Release Violation Report was filed with this Court.

    4.    Undersigned counsel was unable to meet with Mr. Pompa and review the Superseding Petition and Supervised Release Violation Report prior to the Labor Day weekend.

    5.    Today, September 3, 2019, undersigned counsel spoke with Mr. Pompa by phone at the Federal Detention Center. After having discussed the Superseding Petition, the Supervised

Release Violation Report, and the recommendation made by Probation, Mr. Pompa indicated that he does not believe there is sufficient time between today and September 5, 2019 to effectively prepare for the Final Revocation Hearing.

6. Additionally, Mr. Pompa, to aid in his defense and/or mitigation at the Final Revocation Hearing, has requested that undersigned counsel contact various inpatient treatment providers to determine if they will accept Mr. Pompa into their program, should the Court be so inclined at the Final Revocation Hearing.

7. Undersigned counsel has agreed to do so, but does not have sufficient time in advance of the hearing on September 5, 2019.

8. Undersigned counsel has conferred with counsel for the Government, Jeremy Sibert, who indicated that he is **not opposed** to the brief continuance.

WHEREFORE, PREMISES CONSIDERED, Mr. Pompa, through undersigned counsel, requests that this Court vacate the Final Revocation Hearing set for this Thursday, September 5, 2019, at 9:00 a.m., and allow the parties to contact chambers to reset the hearing in approximately 30 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2019, I electronically filed the foregoing *Unopposed Motion to Continue Final Revocation Hearing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Jeremy S. Sibert, Assistant U.S. Attorney
Email:  jeremy.sibert@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Kevin Adam Pompa
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender