# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

Courtroom Deputy:  Cathy Pearson          Date:   October 1, 2019
Court Reporter:  Tammy Hoffschildt          Interpreter:  n/a
Probation:  Lori Cross

**CASE NO.   13-cr-00307-RM**

Parties                                                                        Counsel

UNITED STATES OF AMERICA,                            Jeremy Sibert

      Plaintiff,

v.

1.  KEVIN ADAM POMPA,                                      Matthew Belcher

      Defendant.

## COURTROOM MINUTES

**HEARING ON REVOCATION OF SUPERVISED RELEASE**
**COURT IN SESSION:     11:00 a.m.**

Appearances of counsel.   The defendant is present in custody.

The defendant sworn and questioned by the Court.   The defendant is 33 years old.

The defendant admits to all violations alleged in the Petition (Doc. 52) and the Superseding Petition (Doc. 66).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Court accepts and enters the defendant's admissions.

Argument given on sentencing.

The Court enters findings of fact and conclusions of law.

**IT IS ORDERED** as follows:

> The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **four (4) months**;
>
> Following his release from the Bureau of Prisons, the defendant shall be placed on supervised release for a term of **32 months**;
>
> While on supervised release, the defendant shall comply with all mandatory conditions of supervised release as required by law, all standard conditions of supervised release as required by this court, and the special conditions of supervised release as stated on the record; and
>
> The defendant is remanded to the custody of the United States Marshal.

The Court recommends that the defendant receive credit for time spent in official detention prior to this sentencing.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**COURT IN RECESS:**     **11:54 a.m.**
**Total in court time:**     **00:54**
**Hearing concluded**