**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:13CR00307-1

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KEVIN ADAM POMPA,

       Defendant.

**ORDER REGARDING VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE**

       THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

       HAVING considered the probation officer's petition, the Court

____   ORDERS the issuance of an arrest warrant.

____   ORDERS the issuance of a summons.

____   DENIES the request.

       DATED at Denver, Colorado, this _____ day of March, 2020.

                           BY THE COURT:

                           _____
                           RAYMOND P. MOORE
                           United States District Judge