AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>1. KEVIN ADAM POMPA<br>*Defendant* | )<br>)  Case No. 13-cr-00307-RM<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevin Adam Pompa                                                                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☑ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

1, 2) New Law Violation
3) Possession of a Firearm or a Destructive Device
4, 5) Possession and Use of a Controlled Substance

Date:   4/1/2020                                                                                                s/C. Pearson, Deputy Clerk
                                                                                                                   *Issuing officer's signature*

City and state:   Denver, Colorado                                                                Jeffrey P. Colwell, Clerk of the Court
                                                                                                                   *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____
                                                                                                                   *Arresting officer's signature*

                                                                                                                   *Printed name and title*