IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN ADAM POMPA,

    Defendant.

---

### NOTICE OF APPEARANCE
---

The Office of the Federal Public Defender, by and through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, hereby enters its appearance on behalf of Defendant Kevin Adam Pompa.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email:  Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on July 31, 2020, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Jeremy S. Sibert, Assistant U.S. Attorney
Email:  jeremy.sibert@usdoj.gov

and that I have mailed the document to the following non-CM/ECF participant in the manner indicated:

Kevin Adam Pompa
U.S. mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender

2