AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KEVIN ADAM POMPA ) | Case No. 13-CR-00307-RM |
| ) | |
| Defendant ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/31/2020

S/ Kevin Pompa
*Defendant's signature*

S/ Matthew Belcher
*Signature of defendant's attorney*

Matthew Belcher TX 24042242
*Printed name and bar number of defendant's attorney*

FEDERAL PUBLIC DEFENDER'S OFFICE
*Address of defendant's attorney*

*E-mail address of defendant's attorney*

*Telephone number of defendant's attorney*

*FAX number of defendant's attorney*