AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2020 AUG -5 AM 10: 04

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 13-cr-00307-RM |
| | ) |
| | ) |
| 1. KEVIN ADAM POMPA | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevin Adam Pompa,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1, 2) New Law Violation
3) Possession of a Firearm or a Destructive Device
4, 5) Possession and Use of a Controlled Substance

Date: 4/1/2020

s/C. Pearson, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

Jeffrey P. Colwell, Clerk of the Court
*Printed name and title*

### Return

This warrant was received on *(date)* 4/1/2020, and the person was arrested on *(date)* 7/28/2020
at *(city and state)* COMMERCE CITY, COLORADO

Date: 7/28/2020

*Arresting officer's signature*

ALEXANDER MUMFORD, DUSM
*Printed name and title*