IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN ADAM POMPA,

        Defendant.

## UNOPPOSED MOTION TO RESTRICT ACCESS

        Defendant Kevin Adam Pompa, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, respectfully requests that Docket Nos. 90 and 91 be restricted at Level 2.

        The government, through Assistant United States Attorney Jeremy Sibert, is unopposed to the requested restriction.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        /s/ Matthew K. Belcher
        MATTHEW K. BELCHER
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Email: Matthew_Belcher@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on August 19, 2020, I electronically filed the foregoing *Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Jeremy S. Sibert, Assistant U.S. Attorney
    Email:  jeremy.sibert@usdoj.gov


                                                <u>/s/ Matthew K. Belcher</u>
                                                MATTHEW K. BELCHER
                                                Assistant Federal Public Defender