IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEVIN ADAM POMPA,

       Defendant.

---

## MOTION TO WITHDRAW

Jennifer Beck, Federal Public Defender, hereby moves to withdraw as counsel for the defendant Kevin Pompa as Assistant Federal Public Defender Matthew Belcher has entered his appearance on July 31, 2020.  Counsel also request that ECF Notification be terminated.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Jennifer Beck
Jennifer Beck
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_beck@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses and all listed parties:

Jeremy S. Sibert, Assistant U.S. Attorney
Email:  jeremy.sibert@usdoj.gov

s/Jennifer Beck
Jennifer Beck
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_beck@fd.org
Attorney for Defendant