**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN ADAM POMPA,

    Defendant.

---

## MOTION TO WITHDRAW

---

    The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Motion to Withdraw as counsel of record in the above-captioned case. As grounds for this motion, the government states that Assistant United States Attorney Jeremy Sibert is lead counsel of record in this case, has filed an Entry of Appearance, and is receiving electronic notice for this case.

    Dated this 24th day of August, 2020.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

    s/Martha Paluch
    MARTHA PALUCH
    Assistant United States Attorney
    United States Attorney's Office
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: 303-454-0100
    Fax: 303-454-0401
    Email: martha.paluch@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record in this case.

s/ *Martha A. Paluch*_____
MARTHA A. PALUCH
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, CO 80202
Telephone 303-454-0100
Facsimile 303-454-0402
martha.paluch@usdoj.gov