IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

KEVIN ADAM POMPA,

       Defendant.

## MOTION TO RESTRICT ACCESS

Defendant Kevin Adam Pompa, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, respectfully requests that Docket Nos. 102 and 103 be restricted at Level 2.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on September 8, 2020, I electronically filed the foregoing *Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Jeremy S. Sibert, Assistant U.S. Attorney
    Email:  jeremy.sibert@usdoj.gov

                                   /s/ Matthew K. Belcher
                                   MATTHEW K. BELCHER
                                   Assistant Federal Public Defender