IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr-00307-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN ADAM POMPA,

    Defendant.

_____

## UNOPPOSED MOTION TO RESTRICT ACCESS
_____

The Defendant, Kevin Adam Pompa, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, requests that Docket Numbers 108 and 109 be filed under Level 2 restriction. The government is unopposed.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Matthew_Belcher@fd.org
    Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 28, 2020, I electronically filed the foregoing ***Unopposed Motion to Restrict Access*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Jeremy S. Sibert, Assistant U.S. Attorney
    Email: jeremy.sibert@usdoj.gov

                                          /s/ Cecilia Hernandez
                                          Cecilia Hernandez, Legal Assistant
                                          Office of the Federal Public Defender