IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00307-RM

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

1.    **KEVIN ADAM POMPA,**
    Defendant.

---

## UNOPPOSED MOTION TO CONTINUE

---

The United States of America, by and through Jason Dunn, United States Attorney, and Jeremy Sibert, Assistant United States Attorney, files this unopposed motion to continue Mr. Pompa's supervised release violation hearing set for February 12, 2021.

Currently, Mr. Pompa is facing contested state charges, some of which are alleged violations for his federal case. Federal Public Defender Matthew Belcher and AUSA Sibert are in discussions with how to have Mr. Pompa appear before this Court for his supervised release violations without having a contested hearing involving several witnesses, including alleged victims.

All parties are available to appear before this Court in person. The parties are seeking a few additional days to finalize a deal so that Mr. Pompa can appear before this Court before he is set to appear in state court, which is now scheduled in April. In

addition, Mr. Belcher needs to discuss the government's offer to Mr. Pompa.   Due the current restrictions with COVID-19, the defense bar is experiencing limited access with their clients at the Federal Detention Center.   Regarding Mr. Pompa, the FDC did not honor the scheduled time that Mr. Belcher was scheduled to speak with Mr. Pompa to discuss his options.

The government requests Mr. Pompa's supervised release violation hearing be continued until February 16, 2021 or for a date after the 16th.

Dated this 5th day of February 2021.

>Respectfully submitted,
>JASON DUNN
>United States Attorney
>
>By:   s/Jeremy Sibert
>JEREMY SIBERT
>Assistant United States Attorney
>1801 California Street, Suite 1600
>Denver, Colorado 80202
>E-mail: Jeremy.Sibert@usdoj.gov
>Attorney for the United States
>303 454 0100

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of February 2021, I electronically filed the foregoing **Unopposed Motion to Continue** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address(es):

Matthew Belcher
Lawyer for Mr. Pompa

>s/Jeremy Sibert
>Jeremy Sibert
>U.S. Attorney's Office