IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-cr -00307-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KEVIN ADAM POMPA,

        Defendant.

---

**UNOPPOSED MOTION FOR THE DEFENDANT AND COUNSEL
TO APPEAR BY VIDEO TELECONFERENCE (VTC)**

---

Defendant Kevin Pompa, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, requests that counsel and Mr. Pompa be allowed to appear by video teleconference (VTC) for the Final Revocation Hearing.

    1.    Currently, an in-person Final Revocation Hearing is scheduled for February 22, 2021, at 1:00 p.m.

    2.    On April 6, 2020, pursuant to the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") and as authorized by the Judicial Conference of the United States, U.S. District Court Chief Judge Philip A. Brimmer authorized judges in the District of Colorado, with the consent of the defendant after consultation with counsel, to use video teleconferencing for, among other things, supervised release revocation proceedings. General Order 2020-4, 1(f).[1]

---

[1] Section 15002(b)(1) does not require the Court to find that a revocation proceeding cannot be further delayed without serious harm to the interests of justice before allowing such a proceeding to be conducted via video teleconferencing.

3. In the present case, after consulting with undersigned counsel, Mr. Pompa consents to the parties, including himself, appearing by VTC for the Final Revocation Hearing scheduled on February 22, 2021, at 1:00 p.m.

4. Mr. Pompa is currently housed at the Federal Detention Center which has the technological capabilities to allow Mr. Pompa to appear in court via VTC.

5. Undersigned counsel has conferred with counsel for the government, Jeremy Sibert, and the government is not opposed to proceeding with the Final Revocation Hearing via VTC.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this unopposed motion and allow the parties and Mr. Pompa to appear at the Final Revocation Hearing via VTC.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*Matthew Belcher*

MATTHEW K. BELCHER
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on February 11, 2021, I electronically filed the foregoing ***Unopposed Motion for the Defendant and Counsel to Appear by Video Teleconference (VTC)*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

      Jeremy Sibert, Assistant U.S. Attorney
      Email:   Jeremy.sibert@usdoj.gov

and that I will mail or serve the document or paper to the following non-CM/ECF participant in the manner indicated:

      Kevin Pompa  (U.S. Mail)


                                                  MATTHEW K. BELCHER
                                                  Assistant Federal Public Defender