## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Tammy Hoffschildt<br>Probation: Katrina Devine (VTC) | Date: February 22, 2021<br>Interpreter: n/a |

**CASE NO.   13-cr-00307-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Jeremy Sibert (VTC – Audio only) |
| Plaintiff, | |
| v. | |
| 1.   KEVIN ADAM POMPA, | Matthew Belcher (VTC) |
| Defendant. | |

### COURTROOM MINUTES

**REVOCATION OF SUPERVISED RELEASE – Video Teleconference (VTC)**
**COURT IN SESSION:        1:00 p.m.**

Appearances of counsel.   Defendant is in custody and present by VTC.

Preliminary remarks made by the Court.

The Court makes findings pursuant to the CARES Act and will proceed with this hearing by VTC.

Mr. Belcher advises the Court that the defendant will admit to violations 4, 5, 6, and 7 alleged in the Superseding Petition (Doc. 98).

Defendant sworn and questioned by the Court.   Defendant is 34 years old.

Defendant admits violations 4, 5, 6, and 7 alleged in the Superseding Petition (Doc. 98).

The Court advises the defendant regarding rights waived by admitting to the violations and maximum penalties.

The Court accepts the defendant's admissions.

Argument given on sentencing.

The Court enters findings of fact, conclusions of law, and orders.

As to alleged violations 1, 2, and 3, the Court proceeds to a hearing.

Mr. Sibert provides a proffer as to alleged violations 1, 2, and 3.

The Government rests.   Both sides rest.

Argument presented by counsel.

The Court states findings as to alleged violations 1, 2, and 3.

Argument given regarding sentencing.

Defendant addresses the Court.

**IT IS ORDERED** as follows:

> The defendant's sentence to supervised release is terminated effective immediately, and the defendant is sentenced to the Bureau of Prisons for a term of **15 months;**
>
> No term of supervised release will be imposed; and
>
> The defendant is remanded to the custody of the United States Marshal.

The Court recommends that the Bureau of Prisons credit the defendant with 209 days spent in official custody prior to sentencing.

The defendant is advised of the right to appeal the sentence imposed by the Court.

**COURT IN RECESS:**     **2:42 p.m.**
**Total in court time:**     **1:41**
**Hearing concluded**