AO 245D (Rev. CO 11/20)        Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT

District of Colorado

UNITED STATES OF AMERICA

v.

KEVIN ADAM POMPA

)
)
)
)
)
)
)
)
)
)

**Judgment in a Criminal Case**
**(For Revocation of Supervised Release)**

Case Number:    1:13-cr-00307-RM-1

USM Number:    39832-013

Matthew Kyle Belcher
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation(s) ___4-7 of the Superseding Petition Due to Violations of Supervision___

☒ was found guilty of violation(s) _1-3 of the Superseding Petition Due to Violations of Supervision_
after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 11/23/2019 |
| 2 | Violation of Law | 02/14/2020 |
| 3 | Possession of a Firearm or a Destructive Device | 01/25/2020 |
| 4 | Possession and Use of a Controlled Substance | 11/27/2019 |
| 5 | Possession and Use of a Controlled Substance | 03/10/2020 |
| 6 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 01/23/2020 |
| 7 | Failure to Report to the Probation Officer as Directed | 07/09/2020 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.:    1298

Defendant's Year of Birth:    1986

City and State of Defendant's Residence:
Denver, Colorado

February 22, 2021
Date of Imposition of Judgment

_Signature of Judge_

Raymond P. Moore, United States District Judge
Name and Title of Judge

February 23, 2021
Date

AO 245D (Rev. CO 11/20)  Judgment in Criminal Case

|  | Judgment — Page 2 of 2 |
| --- | --- |

DEFENDANT:        KEVIN ADAM POMPA
CASE NUMBER:      1:13-cr-00307-RM-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **fifteen (15) months.**

☒   The court makes the following recommendations to the Bureau of Prisons:
Court recommends that the defendant be given full credit of 209 days for time served in presentence confinement.

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

　　☐   at _____   ☐   a.m.   ☐   p.m.   on _____

　　☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　　☐   before 2 p.m. on _____ .

　　☐   as notified by the United States Marshal.

　　☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL